**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JUSTIN KRAGE, ET AL.,** | : | **CIVIL ACTION NO. 5:19-CV-00321-MTT** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **Vs.** | : | |
| | : | |
| **MACON-BIBB COUNTY GEORGIA,** | : | |
| **ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**DEFENDANT MACON-BIBB COUNTY GEORGIA'S
MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW, Macon-Bibb County Georgia, Defendant ("Defendant") in the above-captioned action, pursuant to Federal Rule of Civil Procedure 56, and moves this Honorable Court for an order granting summary judgment in Defendant's favor on all claims raised in Plaintiffs' Complaint. There remains no genuine issue of material fact in dispute which must be tried before a jury. Consequently, Defendant is entitled to judgment in its favor as a matter of law.

Defendant relies on and cites in support of its Motion for Summary Judgment all pleadings, depositions, affidavits, interrogatories and answers thereto, and any and all other evidence on record on the date this Motion comes for a hearing before this Court, and such oral and documentary evidence as may be presented subsequent to the filing of this Motion. The grounds for this Motion for Summary Judgment are more fully shown and set forth in Defendant's Brief in Support of Motion for Summary Judgment filed concurrently herewith.

**(signatures to follow)**

Respectfully submitted this 13th day of May, 2021.

/s/ *Duke R. Groover*
DUKE R. GROOVER
State Bar No. 313225
/s/ *G. Grant Greenwood*
G. GRANT GREENWOOD
State Bar No. 309166
/s/ *Christopher R. Conley*
CHRISTOPHER R. CONLEY
State Bar No. 907964
Attorneys for Macon-Bibb County, Georgia

JAMES-BATES-BRANNAN-GROOVER, LLP
231 Riverside Drive, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
dgroover@jamesbatesllp.com
ggreenwood@jamesbatesllp.com
cconley@jamesbatesllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing *Defendant Macon-Bibb County's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF System, which will send notification of the filing to the following attorneys of record:

Stephen M. Welsh, Esq.
Buzzell, Welsh & Hill, LLP
200 Third Street
Post Office Box 1017
Macon, Georgia 31202-1017
*Attorney for Plaintiffs*

Virgil L. Adams, Esq.
Dawn Maynor Lewis, Esq.
Adams, Jordan & Herrington, P.C.
577 Mulberry Street, Suite 1250
Macon, Georgia 31202-0928
*Attorneys for Bibb County Sheriff's Office*

This the 13th day of May 2021.

/s/ *Duke R. Groover*
DUKE R. GROOVER
State Bar No. 313225
/s/ *G. Grant Greenwood*
G. GRANT GREENWOOD
State Bar No. 309166
/s/ *Christopher R. Conley*
CHRISTOPHER R. CONLEY
State Bar No. 907964
Attorneys for Macon-Bibb County, Georgia

JAMES-BATES-BRANNAN-GROOVER, LLP
231 Riverside Drive, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
dgroover@jamesbatesllp.com
ggreenwood@jamesbatesllp.com
cconley@jamesbatesllp.com