IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAUN BRIDGER, KENNETH HESTER, ROBBIE JOINER, JEAN LEBEUF, DALLAS MALONE, NICHOLAS MCCANE, AARON MILLER, NEAL MOORE, MICHAEL PARROTT, BRIAN POWELL, DANIEL PUTNAM, CAREY VANN JOSEPH VAMPER, ROBERT SHOCKLEY, and DANIEL SHURLEY,  Plaintiffs,  v.  MACON-BIBB COUNTY, GEORGIA and BIBB COUNTY SHERIFF'S OFFICE,  Defendants. | Civil Action No. 5:19-cv-00324-MTT |

## BIBB COUNTY SHERIFF'S OFFICE'S
## AMENDED MOTION FOR SUMMARY JUDGMENT

COMES NOW the Bibb County Sheriff's Office ("BCSO"), by and through the undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 7.1 and 56 of the Local Rules for the Middle District of Georgia, hereby respectfully moves the Court for entry of a summary judgment in its favor on all claims set forth against it in Plaintiffs' Complaint, respectfully showing the Court as follows:

1.

The pleadings, depositions, affidavits, and other materials of record show that there is no genuine issue as to any material fact and that Defendant is entitled to judgment in its favor as a matter of law; moreover, Plaintiffs cannot make showings sufficient to

establish the existence of elements essential to their claims, and on which they will bear the burden of proof at trial such that entry of summary judgment in favor of Defendant is warranted and appropriate.

2.

In support of its Motion for Summary Judgment, Defendant relies on all pleadings, depositions[1], affidavits[2], supplemental affidavits, interrogatories and responses to same, any and all evidence of record at such time as the Court hears or considers this Motion, and documentary or oral evidence presented subsequent to the filing of this Motion, including all documents, affidavits, and other materials to be filed with Defendant's Reply Brief on it Motion for Summary Judgment. Defendant further relies on its Brief in Support of its Motion for Summary Judgment, filed simultaneously herewith.

3.

In accordance with Local Rule 56, this Motion is accompanied by a separate statement of the material facts as to which it is contended there is no genuine issue to be tried, as well as a memorandum of law in support of the Motion.

Respectfully submitted this 3rd day of June 2021.

---

[1] The depositions include the depositions of Shaun Bridger, Kenneth Hester, Robbie Joiner, Jean LeBeuf, Dallas Malone, Nicholas McCane, Aaron Miller, Neal Moore, Michael Parrott, Bryan Powell, Daniel Putnam, Carey Vann, Joseph Vamper, Robert Shockley, Daniel Shurley, Marcus Baker, Jeremy Robinson, Jesse Thompson, Justin Krage, Aiden Renfroe, Richard Senter, Shelly Rutherford, Tania Clausen, Roy Williams, Fred Carmical, Scott Davis, and the FRCP 30(b)(6) deposition of Macon-Bibb County, all of which were previously filed into the record in this case by Defendant Macon-Bibb County at Docs. 20-2 through 20-28. Defendant BCSO is filing herewith the deposition of Brad Surfus.

[2] The affidavits include the Affidavit of David J. Davis dated May 31, 2021 and filed with Defendant BCSO's Motion; the Affidavit of David Davis filed with Defendant Macon-Bibb County's motion for summary judgment at Doc. 20-29; and the Affidavit of Belgica Wall.

/s/ *Dawn Maynor Lewis*
**DAWN MAYNOR LEWIS**
Georgia Bar No. 479696
/s/ *Virgil L. Adams*
**VIRGIL L. ADAMS**
Georgia Bar No. 004625

**Attorneys for Defendant BCSO**

**ADAMS, JORDAN & HERRINGTON, P.C.**
**Fickling & Co. Building**
**577 Mulberry Street, Suite 1250**
**Post Office Box 928**
**Macon, GA  31202-0928**
**(478) 743-2159 telephone**
**(478) 743-4938 facsimile**
**dlewis@adamsjordan.com**
**vadams@adamsjordan.com**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing **BIBB COUNTY SHERIFF'S OFFICE'S AMENDED MOTION FOR SUMMARY JUDGMENT** using the CM/ECF document filing system, which will generate a Notice of Electronic Filing and an electronic service copy of same to the following CM/ECF participants and counsel of record:

**Stephen M. Welsh, Esq.**
**BUZZELL, WELSH & HILL, LLP**
**200 Third Street**
**P.O. Box 1017**
**Macon, GA 31202-1017**
**swelsh@bwhlegal.com**

*Attorney for Plaintiffs*

**Duke R. Groover, Esq.**
**G. Grant Greenwood, Esq.**
**Christopher R. Conley, Esq.**
**James Bates Brannan Groover, LLP**
**231 Riverside Drive, Ste. 100**
**Macon, Georgia 31201**
**dgroover@jamesbatesllp.com**
**ggreenwood@jamesbatesllp.com**
**cconley@jamesbatesllp.com**

*Attorneys for Macon-Bibb County*

This 3rd day of June 2021.

/s/ *Dawn Maynor Lewis*
Dawn Maynor Lewis
Georgia Bar No. 479696

**ADAMS, JORDAN & HERRINGTON, P.C.**
**Fickling & Co. Building**
**577 Mulberry Street, Suite 1250**
**Post Office Box 928**
**Macon, Georgia 31202-0928**
**(478) 743-2159 – telephone**
**(478) 743-4938 – facsimile**
**dlewis@adamsjordan.com**