IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUSTIN KRAGE, *et al.*, | ) |
| Plaintiffs, | ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 5:19-cv-321 (MTT) |
| MACON-BIBB COUNTY, Georgia, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER of DISMISSAL

Defendant Sheriff David Davis and Defendant Macon-Bibb County have confirmed Plaintiffs' remaining state law claims can be renewed. Docs. 60; 61. Consistent with the Court's previous order (Doc. 59), Plaintiffs' remaining contract claims against Sheriff Davis and the County are **DISMISSED** without prejudice. Judgment shall be entered accordingly.

**SO ORDERED**, this 17th day of December, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT